Maureen BRYANT, Plaintiff— Appellant,

v.

WASHINGTON MUTUAL BANK; Howard Bierman; Bierman, Geesing & Ward, LLC, Defendants—Appellees.

No. 08–1148.

United States Court of Appeals, Fourth Circuit.

Submitted: June 19, 2008.

Decided: June 23, 2008.

Maureen Bryant, Appellant Pro Se. John Joseph Robertson, Long & Neyhart, P.C., Blacksburg, Virginia, for Appellees.

Before WILKINSON, NIEMEYER, and MICHAEL, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Maureen Bryant appeals the district court's order dismissing her civil action for breach of contract, intentional infliction of emotional distress, and conspiracy regarding foreclosure proceedings. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Bryant v. Washington Mutual Bank,* 524 F.Supp.2d 753 (W.D.Va.2007). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*